William Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
Ian J. Barlow (State Bar No. 262213)
**KERSHAW, COOK & TALLEY PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: stuart@kctlegal.com
Email: ian@kctlegal.com

Attorneys for *Plaintiff and the Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & J RENTALS, INC. d/b/a TWIN CITIES EQUIPMENT RENTALS, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HILTI, INC., an Oklahoma corporation,<br><br>Defendant. | Case No.: 2:16-cv-00879-MCE-KJN<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT HILTI, INC.'S (1) MOTION TO DISMISS AND MOTION TO STRIKE JURY DEMAND; AND (2) MOTION TO TRANSFER**<br><br>Assigned to Hon. Morrison C. England, Jr.<br>Trial Date: None Set |

Pursuant to Eastern District of California Local Rules 143 and 230, Plaintiff S & J Rentals, Inc. ("Plaintiff") and Defendant Hilti, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

**STIPULATION**

WHEREAS, the hearing date for Defendant's Motion to Dismiss and Motion to Strike Jury Demand (Dkt. No. 8) and Motion to Transfer (Dkt. No. 9) (together, "Motions") is currently scheduled for July 28, 2016; and

WHEREAS, the parties have agreed to continue the hearing date for the Motions to August 25, 2016 at 2:00 p.m. in Courtroom 7.

NOW, THEREFORE, undersigned counsel for the parties, stipulate and agree as follows:

1. The hearing on Defendants' Motions is continued to August 25, 2016 at 2:00 p.m. in Courtroom 7.

**IT IS HEREBY STIPULATED.**

Dated:  July 12, 2016.                             **KERSHAW, COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
       Stuart C. Talley

William A. Kershaw
Ian J. Barlow
401 Watt Avenue
Sacramento, California  95864
Telephone:  (916) 779-7000
Facsimile:   (916) 721-2501

Attorneys for *Plaintiff and the Class*

Dated:  July 12, 2016.                             **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:*/s/ John S. Poulos*
       John S. Poulos

Caitlin A. Colman
2020 West El Camino Avenue, Suite 700
Sacramento, California  95833
Telephone:  (916) 564-5400
Facsimile:   (916) 564-5444

Attorneys for *Defendant Hilti, Inc.*

**ORDER**

**IT IS SO ORDERED.**
Dated:  July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE